UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: '08 MJ 0199 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 18, U.S.C., Section 1073 - Unlawful Flight to Avoid Prosecution |
| Guillermo Nunez Gonzalez; ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

Count 1

On April 3, 2006, defendant Guillermo Nunez Gonzalez moved or traveled in interstate or foreign commerce from San Diego, California to the Republic of Mexico, with the intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees, in violation of Title 18, United States Code, Section 1073.

WILLIAM C. McNAMARA, Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 22nd DAY OF JANUARY 2008.

Hon. Jan M. Adler
United States Magistrate Judge

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO, CALIFORNIA

AFFIDAVIT

I, William C. McNamara, being duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the San Diego, California office. I currently investigate Title 18 U.S.C. 1073 (Unlawful Flight to Avoid Prosecution) violations.

2. This affidavit is made in support of a complaint charging Guillermo Nunez Gonzalez with Unlawful Flight to Avoid Prosecution, a violation of Title 18, U.S.C., Section 1073.

3. On July 18, 2007, Jane Via, Supervising Deputy District Attorney, Case Issuance and Extraditions Division, Office of the District Attorney, San Diego, California, requested FBI assistance in locating and apprehending Gonzalez. Via advised that on April 25, 2006, a complaint was filed in the Superior Court of California, County of San Diego, charging Gonzalez with one count of Murder and one count of Assault with a Semi-Automatic Firearm which acts occurred on or about April 3, 2006. The court issued a warrant of arrest for the defendant without bail. Gonzalez has not been arrested on the warrant.

4. Via further advised that around 8:30 p.m on April 2, 2006, Gonzalez and a companion, Alberto Elena, arrived at La Vuelta Club located at 768 Hollister Street in San Diego, California. A short time later, the victim, a 54

1  year old male named Willie Clark, entered the bar by himself.
2  Witnesses reported that Clark was minding his own business
3  and not interacting with anyone.  During the course of the
4  evening, the defendant's companion, Alberto Elena, had a
5  conversation with Clark.  According to witnesses, it appeared
6  as though they may have been arguing but eventually the
7  discussion ended with Elena buying Clark a drink.  During the
8  period of time that Elena was talking to Clark, Gonzalez
9  asked the bartender what Clark was doing there.  Based on the
10 manner in which it was said, the bartender interpreted it as
11 being a racial comment.
12         5.  As the evening progressed, Gonzalez and his
13 companion got into a few arguments and a near physical fight
14 with other patrons at the bar.  At that point, the owner of
15 the bar decided to eject Gonzalez and his companion because
16 they were causing too many problems.
17         6.  As Gonzalez and Elena were escorted from the
18 bar, Gonzalez turned around and removed a semi-automatic
19 weapon that was tucked into his waistband.  Gonzalez then
20 walked up to where Willie Clark was sitting and fired 8 shots
21 into the back of Clark.  The victim died at the scene.
22         7.  The bar owner followed Gonzalez and Elena into
23 the parking lot in an attempt to obtain vehicle information.
24 In the parking lot, Gonzalez confronted the owner of the bar,
25 put the firearm to the bar owner's head and pulled the
26 trigger several times.  The gun clicked several times but did
27 not discharge.  Gonzalez then struck the bar owner with the
28 weapon several times on the head, shoulder, and upper body.

Gonzalez and Elena got into the defendant's car and drove away.

8. On April 3, 2006, at approximately 1:14 a.m., the San Diego Police Department received a telephone call from the bartender at La Vuelta Club. The bartender reported an individual brandishing a firearm and also that someone had been shot in the bar.

9. Alberto Elena later reported to the San Diego Police Department that he and Gonzalez had been drinking heavily during the day. During their period of time at the bar, the defendant made several derogatory remarks about the victim's race and was very upset about Clark being in the bar. Elena told police that after he and Gonzalez left the bar, Gonzalez pointed the handgun at him and told Elena to drive into Mexico. The two were together in Tijuana, Mexico for several hours before Elena got away and returned to his home in the United States. Elena was not charged with any crimes associated with this incident. Gonzalez remains at large.

10. On October 13, 2006, the San Diego District Attorney's Office requested a "look out" for the defendant with United States Customs and Border Protection.

11. Gonzalez is a Mexican citizen. It is believed that Gonzalez crosses the San Ysidro Port of Entry into and out of Mexico.

12. Based on the foregoing, I believe that Guillermo Nunez Gonzalez has fled the State of California in order to avoid prosecution for the above-referenced charges.

13. This complaint for Unlawful Flight to Avoid Prosecution (18 U.S.C. Section 1073) is not barred by the statute of limitations because, "No statute of limitations shall extend to any persons fleeing from justice," pursuant to 18 U.S.C. Section 3290.

14. Via requested the assistance of the FBI in locating and apprehending Gonzalez under the provision of the Unlawful Flight to Avoid Prosecution statute, Title 18, United States Code, section 1073. If Gonzalez is located within the United States, Via's office will immediately begin extradition proceedings. If Gonzalez is located in Mexico, Via's office will pursue his return by available means.

15. Guillermo Nunez Gonzalez is described as follows:

| | |
|---|---|
| Name: | Guillermo Nunez Gonzalez |
| Aliases: | Guillermo Gonzalez Nunez |
| DOB: | 7/4/1974 |
| Race: | Hispanic |
| Sex: | Male |
| Height: | 5'7" |
| Weight: | 180 |
| Hair: | Brown |
| Eyes: | Green |
| Citizenship: | Mexican |

_____
William C. McNamara
Special Agent
Federal Bureau of Investigation
San Diego, California

Subscribed and sworn to before me this 22nd day of January, 2008.

_____
Honorable Jan M. Adler
U.S. Magistrate Judge

4